## GOODENOW v. PERRY.

1. DISMISSING APPEAL. An appellant in the District Court may dismiss his own appeal.

*Appeal from Clinton District Court.*

TUESDAY, DECEMBER 3.

*J. Grant* for the appellant.

*J. W. Jenkins* for the appellee.

WRIGHT, J.—Defendant appealed from a judgment against him before a justice of the peace. In the District Court he asked to dismiss his appeal, which was refused and the cause tried on its merits. The case of *Harper* v. *Albee*, 10 Iowa 389, is authority for the motion of defendant. The appeal should have been dismissed.

Reversed.